CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,<br><br>    Plaintiff, Judgment Creditor<br><br>vs.<br><br>GEORGE CLINTON, an individual,<br><br>    Defendant, Judgment Debtor,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking corporation,<br><br>    Garnishee. | Case No. MS11-027 JLR<br><br>WRIT OF EXECUTION/GARNISHMENT<br><br>**(CLERK'S ACTION REQUIRED)** |

**THE STATE OF WASHINGTON TO:**  GEORGE CLINTON, an individual,
                 Defendant, Judgment Debtor,

      **AND TO:**  WELLS FARGO BANK, N.A., a national
               banking corporation,
               Garnishee

  Hendricks & Lewis PLLC, the above named Plaintiff and judgment creditor, has applied for a writ of garnishment against you, claiming that the above-named Defendant and Judgment

WRIT OF EXECUTION/GARNISHMENT - 1
{96212.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

1

2  Debtor is indebted to Plaintiff and that the amount to be held to satisfy that indebtedness is

3  $1,633,594.68, together with interest accruing, consisting of:

4  <u>Unpaid balance of Judgment</u>

5  Unpaid Judgment (plus interest and
6  previous statutory costs)                                              $1,633,218.68

7
8  <u>Estimated Wells Fargo Garnishment Costs</u>

9  Filing Fee                                            $      39.00
   Service and affidavit fees                                  60.00
10 Postage and Costs of Certified Mail                          7.00
   Answer Fee                                                  20.00
11 Garnishment attorney fee                                   <u>250.00</u>

12 Total Wells Fargo Garnishment Costs                         $376.00

13 **<u>Total Amount Owed</u>**                                 **<u>$1,633,594.68</u>**

14      **YOU ARE HEREBY COMMANDED**, unless otherwise directed by the court, by the

15 attorney of record for Plaintiff or by this writ, not to pay any debt, whether earnings subject to

16 this garnishment or any other debt, owed to the defendant at the time this writ was served and not

17 to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects

18 of the Defendant/Judgment Debtor in your possession or control at the time when this writ was

19 served. Any such payment, delivery, sale or transfer is void to the extent necessary to satisfy the

20 Plaintiff's claim and costs for this writ with interest.

21      **YOU ARE FURTHER COMMANDED** to answer this writ by filling in the attached

22 form according to the instructions in this writ and in the answer forms and, within twenty (20)

23 days after the service of the writ upon you, to mail or deliver the original of such answer to the

24 court, one copy to the Plaintiff or the Plaintiff's attorney, and one copy to the defendant, in the

25 envelopes provided.

26      If, at the time this writ was served, you owe the Defendant a debt payable in money in

27 excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in

28 the first paragraph and any processing fee if one is charged and release all additional funds or

WRIT OF EXECUTION/GARNISHMENT - 2
{96212.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

1  property to defendant.

2  IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT
3  MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE
4  PLAINTIFF'S CLAIM AGAINST THE DEFENDANT WITH ACCRUING INTEREST,
5  ATTORNEYS' FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO
6  THE DEFENDANT.  IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT
7  AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT
8  OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS OR DEBTS IN
9  YOUR POSSESSION OR CONTROL.

10  JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR
11  COSTS AND FEES INCURRED BY THE PLAINTIFF.

12  Witness, the Honorable _James L. Robart_, Judge of the above-
13  entitled court and the seal thereof, this _17th_ day of _February_, 2011.

_Kate Hendricks_
Katherine Hendricks
Attorney for Plaintiff
Hendricks & Lewis PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
(206) 624-1933

WILLIAM M. McCOOL
Clerk of Court

By: _Rachel_
Deputy

Address:  700 Stewart Street, Suite 2310
          Seattle, Washington 98101

WRIT OF EXECUTION/GARNISHMENT - 3
{96212.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933